## John C. Phelan, Defendant in Error, v. DeKalb Wagon Company, Plaintiff in Error.

### Gen. No. 20,621.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOHN K. PRINDIVILLE, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1914. Affirmed. Opinion filed May 11, 1915.

### Statement of the Case.

Replevin by John C. Phelan against DeKalb Wagon Company, a corporation, defendant, for two automobile trucks. The evidence was irreconcilable.

To reverse the findings of the court, to which the case was submitted, defendant prosecutes this writ of error.

The only question raised in the record is whether the findings were against the manifest weight of the evidence.

SPENCER WARD and A. G. KENNEDY, for plaintiff in error.

No appearance for defendant in error.

MR. PRESIDING JUSTICE BARNES delivered the opinion of the court.

### Abstract of the Decision.

APPEAL AND ERROR, § 1411*—*when judgment not reversed where evidence conflicting.* On appeal where the only question raised in the record is whether the findings were against the manifest weight of the evidence and the court cannot say that the evidence, which is conflicting, manifestly preponderates against the findings, the judgment will be affirmed.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.